IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRENDA BURNS GIBBONS, ) | CASE NO. 16-51991-PWB |
| *AKA BRENDA B. GIBBONS,* ) | |
| *AKA BRENDA GIBBONS,* ) | |
| ) | |
| Debtor. | |
| ) | |
| NATIONSTAR MORTGAGE LLC, ) | |
| ) | CONTESTED MATTER PROCEEDING |
| Movant. ) | |
| vs. ) | CHAPTER 7 |
| ) | |
| BRENDA BURNS GIBBONS, ) | |
| *AKA BRENDA B. GIBBONS,* ) | |
| *AKA BRENDA GIBBONS,* ) | |
| S. GREGORY HAYS, Trustee, ) | |
| ) | |
| Respondents. ) | |

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (Docket # 46)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure, hereby withdraws its MOTION FOR RELIEF FROM STAY filed October 31,2016, without prejudice.

This 16th day of August, 2017.

       /s/Heather D. Bock
       Heather D. Bock
       Georgia Bar No. 122806
       Attorney for Movant
       McCalla Raymer Leibert Pierce, LLC
       1544 Old Alabama Road
       Roswell, GA   30076
       678-281-6444
       Heather.Bock@mccalla.com

BANKRUPTCY CASE NO. 16-51991-PWB

CHAPTER 7

CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within WITHDRAWAL OF MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Brenda Burns Gibbons
1332 Benteen Way
Atlanta, GA 30315

Leonard R. Medley                               *(served via email at leonard@mkalaw.com)*
Medley & Associates, LLC
Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339

S. Gregory Hays, Trustee                        *(served via email at ghays@haysconsulting.net)*
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/16/2017     By:   */s/Heather D. Bock*
                  (date)              Heather D. Bock, GEORGIA BAR NO. 122806
                                      Attorney for Movant